IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             Bankruptcy Case No. 23-20654-CMB
Jan Avolia,                                        Chapter 13

        Debtor,

Jan Avolia,

        Movant,
v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtor's former mailing address:

Jan Avolia
636 East National Pike
Washington, PA. 15301

Debtor's current and future address:

Jan Avolia
248A Prigg Road
Washington, PA. 15301

Dated: 02/13/2025

/s/: David A. Rice, Esq.
Attorney for Debtor(s)
15 West Beau Street
Washington, PA   15301
ricelaw1@verizon.net
724-225-7270
PA ID 50329